# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **SACR 15-00122-JLS** | Date: November 6, 2015 |

Present: The Honorable **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE**

Interpreter: NONE

| Terry Guerrero | Deborah Parker | Allen Chiu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

Stacey Barrios, Pretrial Services Officer, present in court.

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| PETER RONALD WEXLER | X | X | | Marri Derby, CJA | X | X | |

**Proceedings:** **Hearing Re Government's Motion for Reconsideration of the Order Granting Defendant's Release on Bond [26]**

    Hearing held. Arguments heard. Motion granted, defendant ordered permanently detained. The United States Marshal is ordered to provide the defendant with a medical examination for mental health. A report regarding this examination is to be submitted to the court on or before November 18, 2015. CR-53 prepared by the Courtroom Deputy. Status Conference is set for <u>November 20, 2015 at 9:30 a.m.</u>

**cc: USM**

| | : | 45 |
|---|---|---|
| | Initials of Deputy Clerk | tg |