Marri Derby, State Bar Number 107209
Law Offices of Marri Derby
23 Corporate Plaza, Ste. 150
Newport Beach, CA 92660
marri@marriderbylaw.com
Phone: (949) 478-5084
Fax: (949) 608-7034

Attorney for Defendant Peter Wexler

United States District Court

For The Central District of California

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Peter Wexler,<br><br>    Defendant. | Case No SA CR 15-00122-JLS<br><br>**Opposition to Government's In Limine Motion to Exclude Argument that Defendant's Statements Were Conditional** |

    Defendant Peter Wexler, through counsel, Marri Derby, opposes the Government's In Limine Motion to Exclude Argument that Defendant's Statements Were Conditional.

The Government's motion to exclude argument that Defendant's alleged statements were conditional lacks merit and should be rejected by this Court. It is unconstitutional and unripe.

First, the arbitrary limitation of Defendant's ability to make legal arguments to the jury violates the defendant's due process and fair trial rights. Every criminal defendant has a due process right to make legal arguments to the jury based on the evidence presented at trial. Defendant has that right and fully intends to avail himself of that right at trial. Defendant may make any available legal argument to the jury that is grounded in the evidence presented at trial.

Second, the motion is premature because no evidence has been presented yet. The government is free to put on its case and to argue its case to the jury at the conclusion of trial. Both parties are free to make arguments to the court at the close of evidence, regarding the scope of that evidence and any potential concomitant limits on the scope of argument. But the government may not impose *ex ante* limits on the scope of legal arguments a Defendant may make about the evidence, when no evidence has yet been presented.

Dated: March 4, 2016                    Respectfully Submitted,


                                           /s/Marri Derby
                                        Marri Derby
                                        Attorney for Peter Wexler