UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | SACR 15-00122-JLS | Date | August 12, 2016 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | NONE |

| Terry Guerrero | Deborah Parker | Annamartine Salick and Melissa Mills |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| PETER RONALD WEXLER | X | X | | Marri Derby, CJA<br>Caleb Mason, Pro Bono | X<br>X | X | |

**Proceedings:**   STATUS CONFERENCE AND HEARING RE MOTIONS/MOTION IN LIMINE

Hearing held. Oral arguments heard. Court rules as follows, with formal order to issue: Government's Motion in Limine to Preclude: (1) Admission of Any Late or Undisclosed Reciprocal Discovery; (2) Testimony From Any Unnoticed Expert Witnesses; and (3) Admission At Trial of Any Unnoticed Affirmative Defenses, Including Mental Health or Defect Defense [69], deemed resolved, pending any specific issue raised with the Court; Government's Motion in Limine to Admit Evidence as Inextricably Intertwined [70], taken under submission; Government's Motion in Limine to Admit Evidence of the Schrade SCHF9 Knife [72], counsel shall meet and confer and file status report or stipulation, no later than 8/17/2016; Government's Motion in Limine to Preclude the Introduction of Improper Argument at Trial Regarding the Allegedly Conditional Nature of Defendant's Threats [74], denied; Government's Motion to Preclude the Testimony of Defendant's Proposed Experts, Dr. Manuel Saint Martin, Mr. Mike Masnick, and Professor Don Abbott, or in the Alternative, to Limit Dr. Saint Martin's Testimony and a Request for a Daubert Hearing on All Purported Experts [122], granted in-part, denied in-part; Government's Motion for Reconsideration of the Court's Order Denying the Government's Request for Prior Mental Health Examinations [123], denied; Defendant's Motion for Extended Attorney Voir Dire [124], denied; Defendant's Motion to Remove All Shackles During Trial [125], taken under submission; Defendant's Motion for Notice of Intent to Use Evidence in Case-In-Chief at Trial [126]; the Government shall provide the witness list and exhibit list, no later than August 17, 2016, 12:00 p.m.

Defendant made oral motion for sanctions. Oral arguments heard. Court orders counsel to meet and confer. If filed, written motion shall address areas as set forth by the Court.

Government requests offer of proof as to four FBI agents subpoenaed by defense. Counsel to meet and confer. Government may move to preclude.

Status Conference held. Court and counsel confer regarding trial rules and procedures.

|  | MTNS | : | 1.05 |
|---|---|---|---|
|  | SC |  | .15 |

| Initials of Deputy Clerk | tg |
|---|---|