EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3424/2451
     Facsimile: (213) 894-7631
     E-mail:    Annamartine.Salick@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 15-122-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | Trial Date: August 23, 2016<br>Trial Time: 9:00 a.m. |
| PETER RONALD WEXLER, | |
| Defendant. | |

1  Plaintiff United States of America, by and through its counsel
2 of record, the United States Attorney for the Central District of
3 California, hereby files its proposed voir dire questions.
4  This document is based upon the attached memorandum of points
5 and authorities, the files and records in this case, and such further
6 evidence and argument as the Court may permit.
7 Dated: August 16, 2016            Respectfully submitted,

                                    EILEEN M. DECKER
                                    United States Attorney

                                    PATRICIA A. DONAHUE
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                          /s/
                                    ANNAMARTINE SALICK
                                    MELISSA MILLS
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

**Knowledge of Parties, Counsel, Agents, or Potential Witnesses**

1. Do you know or are you familiar with any of the defendants, the lawyers, or the FBI case agents in this case?
2. Do you know or are you familiar with any of the following individuals, who may be witnesses in this case?  [The Court is respectfully requested to read the government's and defendant's witness lists.]

**Ability to Serve**

3. In the eyes of the law, the defendant and the government are to be treated alike and are entitled to the same honest, fair, and impartial treatment. If selected to serve as a juror in this case, would you follow this principle?
4. Do you know of any reason you might be prejudiced against or for either the defendant or the government?
5. Is there anything about this case, which charges threats against law enforcement, that makes you unwilling or reluctant to serve as a juror?
6. Do you have any difficulty understanding the English language?
7. Do you have any medical problems that could impair your ability to devote your full attention to this trial?
8. Do you have any specific problems at home or work which might interfere with your ability to concentrate on the case during the trial?
9. Would you give any more or less weight to the testimony of a law enforcement officer just because of his or her status as a law enforcement officer?

10. There are some people who — for moral, ethical, or religious reasons — believe that it is not proper to pass judgment on the conduct of others, or would find it difficult do so.  Do you have any such beliefs?  If you believe that defendant is not guilty, will you vote for a verdict of not guilty?  If you believe that defendant is guilty, will you vote for a verdict of guilty?

11. The potential punishment for a crime is not for the jury to decide or consider.  In our criminal justice system, it is the Court's responsibility to determine the appropriate, if any.  If you are selected as a juror, the Court will instruct you that your role is to decide the facts to the case and apply to those facts the law as the Court gives it to you.  Could you decide this case without concern for any potential punishment a defendant may or may not receive?

**Law Enforcement and the Government**[1]

12. Have you or any close friend or family ever been employed by or otherwise worked with the FBI, a police department, or any other law enforcement agency?
    a. Who?
    b. What department or agency?
    c. In what capacity?
    d. When?

---

[1] Because follow-up questions to some affirmative answers — particularly those about jurors' positive or negative experiences with or views on law enforcement — could improperly influence other jurors either for or against defendant or the government, the government may request that individual voir dire be briefly conducted on any such affirmative responses.

2

```
 1   13.  Have you or any close friend or family ever been involved in a
 2        criminal case either as a victim, defendant, or witness?
 3        a.   What type of case?
 4        b.   What was your relationship to the case?
 5        c.   When?
 6        d.   Where?
 7        e.   Was anyone arrested?
 8        f.   Who was the arresting agency, if you know?
 9   14.  Have you or any close friend or family ever had a very positive
10        or very negative experience involving law enforcement?
11        a.   Who?
12        b.   What was the experience?
13        c.   When?
14        d.   What was the agency involved, if you know?
15   15.  Have you or any close friend or family ever been accused of,
16        arrested for, indicted in, charged in, or convicted in a
17        criminal case (other than infractions or traffic offenses)?
18        a.   Who?
19        b.   What type of case?
20        c.   What was the accusation or charge?
21        d.   When?
22        e.   What was the outcome?
23   16.  Do you have a particularly strong opinion of law enforcement,
24        either positive or negative?
25   17.  This crime alleges that a specific law enforcement officer, and
26        FBI agents more generally, were the victims of criminal threats.
27        Do you understand that law enforcement officers can be victims
28        of crimes just like anyone else can?  Is there anything about
```

the victims' status as law enforcement officers that would make it difficult for you to consider them as victims?

**Knowledge of the Law**

18. Do you have any legal training?
19. Do you have any close friends or family who are lawyers or work for lawyers?
20. Are you particularly knowledgeable about the law for any other reason?

**Experience with the Internet**

21. Do you use the internet regularly?  On average, do you use it daily, or less often?
22. Do you have regular access to the internet at home?  (For instance, via a home computer, a mobile device such as a smart phone or tablet, or another device.)
23. Do you have one or more email accounts, and if so, how frequently do you use them?  Do you use them for work, for personal purposes, or both?
24. Are you familiar with the term "blog"?
25. Do you follow any blogs regularly?  Which ones?
26. Do you follow any news or current-events websites regularly?  Which ones?
27. Do you have your own blog, or have you ever contributed to a blog?
28. Are you aware that some blogs, and other internet forums, allow users to post comments about the content?

4

29. Have you ever posted any comments to a blog or other internet forum (such as a newspaper article)?  How often or how regularly do you do so?
30. Do you use, or have you ever used, Facebook or other social media applications?  Which ones, and what types of things do you use them for?  (E.g., staying in touch with friends, keeping abreast of current events, professional connections, etc.)

**Threats**

31. Have you or any close friend or family ever been the victim of criminal threats?
32. Have you or any close friend or family ever been accused of making a criminal threat when none was intended?
33. The Constitution protects freedom of speech.  If the Court instructs you that certain types of speech —— like criminal threats —— are not speech protected by the Constitution, and if you find that the defendant made criminal threats, would you be able to follow that instruction?  Or do you believe that there should be no restrictions at all on speech?

**Current Events**

34. Have you or has any close friend or family had a personal connection to a foreign terrorist group (including being a victim of or witness to the 9/11 terrorist attacks, the recent terrorist attacks in San Bernardino or Orlando, or the recent terrorist attacks in Europe)?

35. Are you familiar with a foreign terrorist group commonly known as the Islamic State in Iraq and Syria, also known as ISIS or ISIL?
36. The evidence in this case may include material, including imagery, published by ISIS.  Is there anything about imagery or other material published by ISIS that would prevent your ability to weigh the evidence fairly and impartially?

**Mental Health**

37. Do you or does anyone close to you have any training in medicine, psychology, social work, therapy, or related fields?
38. Have you or has anyone close to you ever worked in medicine, psychology, social work, therapy, or related fields?
39. Have you or any close friend or family ever experienced mental illness?[2]
40. Specifically, have you or any close friend or family ever experienced a personality disorder?
41. Have you or any close friend or family ever experienced an episode of clinical depression?
42. Do you believe that people who experience mental health issues can sometimes commit crimes, and can be held responsible for those crimes?

**Personal Background**

43. What is your educational background?

---

[2] Due to the highly personal nature of this area, the government may respectfully request that any follow-up inquiries occur during brief individual voir dire.

6

1  44. What is your current occupation?
2  45. Do you have a spouse or domestic partner?
3  46. If applicable, what are the occupations of your spouse/partner
4      and any grown children?
5  47. Have you or a spouse/partner or grown child ever served in the
6      military?
7      a. What branch?
8      b. What job?
9      c. What time period?
10 48. What was the last book you read?
11 49. What kind of television programs do you prefer, if any?
12 50. Do you subscribe to any magazines?  Which ones?
13 51. How do you like to spend your free time?