**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - TRIAL**

**Case No:** SACR 15-00122-JLS                                                                 **Date:** August 24, 2016

===============================================================================

**PRESENT:  HONORABLE JOSEPHINE L. STATON, U.S. District Judge**

| **Terry Guerrero** | **Deborah Paker** | **Annamartine Salick and Melissa Mills** |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U. S. Attorney* |

**Interpreter: None**              **Special Agents, Nicholas Vicencia and Noah Singer, present in court.**

===============================================================================

| **U.S.A. v. Defendant(s):** | **Present** | **Cust.** | **Bond** | **Attorneys for Defendant(s):** | **Present** | **App.** | **Ret.** |
|---|---|---|---|---|---|---|---|
| 1) **Peter Ronald Wexler** | X | X | | 1) **Marri Derby and Caleb Mason** | X | | X |

|   | DAY COURT TRIAL | **2nd** DAY JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|
|   | One day trial. | _____ Begun (1st day). | **X** Held & continued. | _____ Completed by jury verdict/submitted to Court. |
|   | Jury is impaneled & sworn. | _____ Peremptory Challenges filed as ordered. | | |
|   | Opening statements made by Government and Defense. | | | |
| **X** | Witnesses called, sworn and testified. | _____ Witness _____ ordered back _____, at 9:00 am. | | |
| **X** | Exhibits identified.    **X** Exhibits admitted. | | | |
|   | Government rests.     _____ Defendant(s) _____ rest. | | | |
|   | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted. | | | |
|   | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted. | | | |
|   | Closing arguments made.   _____ Preliminary instructions given.   _____ Bailiff/Matron sworn. | | | |
|   | Alternates excused.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations. | | | |
|   | FINDING BY COURT AS FOLLOWS:   _____ FILED JURY VERDICT AS FOLLOWS: | | | |

Dft #1: _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____
Dft #2: _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____
Dft #3: _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____

_____ Jury polled.       _____ Polling waived.     _____ Filed Jury Question(s).     _____ Filed Jury Verdict.

_____ Filed Witness & Exhibit List(s).   _____ Filed Jury Instructions.   _____ Exhibit Release Form(s) prepared and filed.

_____ Dft # _____ Referred to Probation Office for Investigation & Report and matter continued to _____ for sentencing. Defendant ordered to appear. Sentencing position papers are due no later than 2 weeks prior to sentencing with service on the assigned U.S. Probation Officer.

_____ Dft # _____ remanded to custody.      _____ Remand/Release # _____ issd.
_____ Dft # _____ released from custody.    _____ Remand/Release # _____ issd.

_____ Bond exonerated as to Dft # _____ .

**X** Case continued to **August 25, 2016, at 8:30 a.m.** for **X** further trial   _____ further jury deliberation.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Trial subpoenaed documents returned to attorney for subpoenaing party.

**X** Other: Outside the presence of the jury, Court and counsel confer regarding Government's objections to argument/evidence presented by Defense during opening statements.
**X** Other: Outside the presence of the jury, Court and counsel confer regarding jury instructions.

                                                                                              6 : 25
                                                           Initials of Deputy Clerk:            tg