UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOTE FROM THE JURY

CASE NO. SACR 15-00122-JLS

DATE: 9/1/16
TIME: 12:07 pm

TITLE:   United States of America
           v.
         Peter Ronald Wexler

REDACTED

JURY NOTE NO. 003

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

\_\_\_X\_\_\_\_   THE JURY REQUESTS THE FOLLOWING:

We have a unanimous verdict on four (4) of the counts. After much deliberation, we believe we can not reach a unanimous verdict on the remaining counts. How do we fill up the verdict form?

_____
SIGNATURE OF THE PRESIDING JUROR

_____
(Print Name)