```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                          SEP - 1 2016

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 15-122-JLS |
|---|---|
| Plaintiff, | REDACTED<br>JURY VERDICT |
| v. | |
| PETER RONALD WEXLER, | |
| Defendant. | |

We, the Jury, in the above-entitled case, hereby render the following verdict as to the charges alleged in the Indictment:

### COUNTS ONE THROUGH TEN

With respect to the offense charged in Counts ONE through TEN, charging violations of 18 U.S.C. § 875(c) (Threats to Injure in Interstate Commerce), we hereby unanimously FIND defendant PETER RONALD WEXLER (*check one*):

As to Count ONE:      GUILTY _____   NOT GUILTY _____

As to Count TWO:      GUILTY _____   NOT GUILTY _____

As to Count THREE:    GUILTY _____   NOT GUILTY _____

As to Count FOUR:     GUILTY _____   NOT GUILTY _____

(continued on next page)

| | | |
|---|---|---|
| 1 | As to Count FIVE: | GUILTY _____   NOT GUILTY _____ |
| 2 | As to Count SIX: | GUILTY _____   NOT GUILTY _____ |
| 3 | As to Count SEVEN: | GUILTY _____   NOT GUILTY _____ |
| 4 | As to Count EIGHT: | GUILTY _____   NOT GUILTY _____ |
| 5 | As to Count NINE: | GUILTY _____   NOT GUILTY ✓ |
| 6 | As to Count TEN: | GUILTY _____   NOT GUILTY ✓ |

**COUNTS ELEVEN THROUGH TWENTY**

With respect to the offense charged in Counts ELEVEN through TWENTY, charging violations of 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Officer), we hereby unanimously FIND defendant PETER RONALD WEXLER (*check one*):

| | | |
|---|---|---|
| As to Count ELEVEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count TWELVE: | GUILTY _____ | NOT GUILTY _____ |
| As to Count THIRTEEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count FOURTEEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count FIFTEEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count SIXTEEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count SEVENTEEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count EIGHTEEN: | GUILTY _____ | NOT GUILTY _____ |
| As to Count NINETEEN: | GUILTY _____ | NOT GUILTY ✓ |
| As to Count TWENTY: | GUILTY _____ | NOT GUILTY ✓ |

THESE ARE THE UNANIMOUS VERDICTS OF THIS JURY. SO SAY WE ONE; SO SAY WE ALL.

DATED: ~~August~~ September 1, 2016, at Santa Ana, California.

< _____
JURY FOREPERSON

2